

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2015

No. 04-15-00272-CV

Kyu Im **ROBINSON**,
Appellant

v.

Jess L. **MAYFIELD**, Trustee, et al.,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-07766
Renee Yanta, Judge Presiding

# O R D E R

Appellee, William P. Riddick, Individually, and as Trustee of Wm. P. Riddick-76 Trust's Motion for Substitution of Lead Counsel is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court